Norman Acceptance Company, Plaintiff, Plaintiff-Appellant, v. L. T. Guffey, and Etta Guffey, Defendants, Defendants-Appellees.

Term No. 58-O-5. 

Fourth District.

January 31, 1959.

Released for publication February 18, 1959.

Bernard L. Minton, for plaintiff-appellant; Pyle & McCallister, for defendants-appellees. Opinion by JUDGE CULBERTSON. Not to be published in full.